Submitted on record and briefs October 1, minimum term of imprisonment on Count II vacated; otherwise affirmed December 5, 1990

STATE OF OREGON,
*Respondent,*

*v.*

BUNNY WOODRUFF,
*Appellant.*

(88-CR-0358; CA A61576)

800 P2d 1090

Sally L. Avera, Public Defender, and Eric R. Johansen, Deputy Public Defender, Salem, filed the brief for appellant.

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Wendy J. Paris, Assistant Attorney General, Salem, filed the brief for respondent.

Before Richardson, Presiding Judge, and Newman and Deits, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals his conviction for carrying a dangerous weapon with intent to use it. ORS 166.220. His only assignment is that the court erred by imposing a minimum incarceration of five years pursuant to ORS 161.610. The state concedes that the minimum term is unlawful. We agree.

Minimum term of imprisonment on Count II vacated; otherwise affirmed.